Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

Thomas F. Landers (SBN 207335)
SOLOMON WARD SEIDENWURM SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
tlanders@swsslaw.com
Phone: 619-231-0303
 Fax: 619-231-4755
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HOBDY, | Case No.: 13-cv-1243-BEN-NLS |
| Plaintiff | **Joint Motion to Dismiss** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC.; et al, | |
| Defendants | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff STEVEN HOBDY and Defendant MIDLAND CREDIT MANAGEMENT, INC. jointly move the Court to dismiss this entire action with prejudice.  Each party to bear its own costs and attorney's fees.

DATE: September 13, 2013	BY: /s/ Jeremy S. Golden            .
	Jeremy S. Golden,
	Attorney for Plaintiff

DATE: September 13, 2013	BY: /s/ Thomas F. Landers_____.
	Thomas F. Landers,
	Attorney for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas F. Landers, counsel for Defendant MIDLAND CREDIT MANAGEMENT, INC., and that I have obtained Mr. Lander's authorization to affix his electronic signature to this document.

DATE: September 13, 2013	BY: /s/ Jeremy S. Golden            .
	Jeremy S. Golden,
	Attorney for Plaintiff