FILED

SEP 19 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      Y-NG    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HOBDY,<br><br>                              Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT<br>MANAGEMENT INC.; et al,<br><br>                           Defendants | CASE NO. 13-cv-1243-BEN-NLS<br><br>**ORDER GRANTING JOINT<br>MOTION TO DISMISS**<br><br>[Docket No. 10] |

    This is an action for damages filed by plaintiff Steven Hobdy on May 28, 2013.  Pursuant to Federal Rules of Civil Procedure, Rule 41(a), plaintiff Steven Hobdy and defendant Midland Credit Management, Inc. jointly move this Court for an order dismissing plaintiff's claims against Midland Credit Management, Inc. with prejudice, each party to bear its own costs and attorney's fees.  For good cause shown, the joint motion is **GRANTED**.   Plaintiff's claims against Midland Credit Management, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

    **IT IS SO ORDERED.**

DATED:   September /8, 2013

By: _____
HON. ROGER T. BENITEZ
United States District Judge

13cv1243